Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
15, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed May 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00345-CV

____________

 

IN RE RALPH O. DOUGLAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

Relator
Ralph O. Douglas has filed a petition for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator is the
plaintiff in a civil action pending in the 11th District Court, Harris County,
Texas and seeks a writ of mandamus compelling the trial judge to rule on and
grant his requests for entry of default judgment against the defendants.      

Relator
has not established that he is entitled to mandamus relief.  Relator has
attached to his petition letters indicating that he filed certain ARequest(s) for Entry of Default
Judgment@ with the clerk of court.  However,
relator has not neither presented proof of the actual requests, nor established
that he properly presented his requests to the trial court.  








See Tex. R. Civ.
Pro. 239, 107; Tex. R. App. Pro. 52.7(a)(1). 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed May 15, 2007.

Panel consists of Justices Anderson,
Fowler, and Frost.